

FILED

06/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0287

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 21-0287

EUGENE ALLEN LINWOOD, JR.,

    Petitioner,

v.

JIM SALMONSEN, Warden Montana
State Prison, and ED FOLEY,

    Respondent.

FILED

JUN 1 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Eugene Allen Linwood, Jr., has filed a Petition for Writ of Habeas Corpus with this Court. Upon review of his Petition, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with any appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 11th day of June, 2021.

_____
Justice